IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL S. WITHROW, #162976, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:03-CV-0122-T |
| | ) | WO |
| KENNETH JONES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 6, 2005, (Doc. 20), that the defendants' motion for summary judgment be granted, this case be dismissed with prejudice, and the costs of this proceedings be taxed against the plaintiff.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of May, 2005.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE